UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:
**John Ervin Harris and Angela Perry Harris**

Case No. _____

Social Security Nos.: xxx-xx-5215 & xxx-xx-8916
Address: 3306 Poplar Drive, Efland, NC 27243

Chapter   13

Debtors.

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, we apply for permission to pay the filing fee of $310.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the filing fee:

    $310 on the 1st day of August, 2017

5. I understand the if I fail to pay an installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

   **Dated: 7/7/17**

       s/ John Ervin Harris
   **John Ervin Harris**

       s/ Angela Perry Harris
   **Angela Perry Harris**

## CERTIFICATE OF SERVICE

I, April Ayscue, of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all the times hereinafter mentioned was, more than eighteen (18) years of age; and that on the same day that this the Chapter 13 bankruptcy case was filed on behalf of the above-name (debtors), I serviced copies of the foregoing Application To Pay Filing Fee In Installments by automatic electronic noticing, upon the following party:

**Richard M. Hutson, II, Chapter 13 Trustee**

<u>and</u> by regular U.S. Mail, postage prepaid upon the following party:

**U.S. Bankruptcy Administrator-MDNC, 101 South Edgeworth Street, Greensboro, N.C. 27401**

    /s/ April Ayscue
**April Ayscue**